# Court of Appeals
# of the State of Georgia

ATLANTA,   August 28, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2083.  BOYER v. NISSAN MOTOR ACCEPTANCE CORP.**

The appeal of the above-referenced case was docketed on June 21, 2013, and the appellant was notified that her enumerations of error and brief were due within 20 days of docketing (*i.e.*, by July 11, 2013). On July 11, 2013, appellant moved for an extension of time in which to file her enumerations of error and brief. This Court granted appellant's motion, and ordered her to file by July 31, 2013. However, as of August 26, 2013, appellant has failed to file her enumerations of error and brief. Accordingly, pursuant to Court of Appeals Rules 7 and 23 (a), her appeal is hereby DISMISSED. *See Lambros v. Longiotti*, 189 Ga. App. 837 (378 SE2d 416) (1989).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/28/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



, *Clerk.*